IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC
    *Plaintiff*

v.

JOHN DOE, Subscriber-Assigned
IP Address: 100.19.139.254
    *Defendant*

Civil Action No. 2:19-cv-03305-CMR

## DEFENDANT JOHN DOE'S MOTION TO QUASH SUBPOENA OR ALTERNATIVELY FOR PROTECTIVE ORDER

Defendant, John Doe, with a subscriber-assigned IP address of 100.19.139.254 ("Defendant"), by and through undersigned counsel, hereby moves this Honorable Court to quash Malibu Media, LLC's ("Plaintiff") August 27, 2019 subpoena pursuant to Federal Rule of Civil Procedure 45. Alternatively, Defendant hereby moves this Honorable Court to enter a Protective Order pursuant to Federal Rule of Civil Procedure 26(c)(1). Neither Defendant nor his wife, both 72 years old, have ever downloaded or viewed any illegal pornography that is owned by Plaintiff, and the release of Defendant's name would be devastating to Defendant's reputation.

Malibu Media, LLC is a California-based film company that owns the copyrights to several pornographic films. Since July of 2012, Plaintiff has filed numerous lawsuits in federal courts across the country and has named hundreds, if not thousands, of John Doe defendants in the process. At least twenty (20) of those cases were filed in the Eastern District of Pennsylvania.

1

In the instant action, Plaintiff, on July 26, 2019 filed its Complaint against Defendant, averring that it is the registered owner of several copyrights and further avers, without sufficient substantiating evidence, that Defendant is "a persistent online infringer of Plaintiff's copyrights." See Compl. at ¶¶ 1.

More specifically, Plaintiff avers that Defendant "downloaded, copied, and distributed a complete copy of Plaintiff's works without authorization" through the use of a filing-sharing protocol otherwise known as Bit-Torrent. Compl. *passim.*

Defendant and his wife are both 72 years old, have been married for 50 years, reside together, and are respected members of their community. Neither Defendant nor his wife have ever downloaded any pornographic materials from the internet and would not have the technical knowledge sufficient to do so. Neither Defendant nor his wife have ever downloaded any material owned by Plaintiff. It would be devastating to the reputation of Defendant and his wife if they were tied to the illegal downloading or viewing of pornography. See Defendant's Affidavit attached as Exhibit "B". The Affidavit is redacted to protect the identity of the Affiant. Defendant will make the unredacted Affidavit available to the Court upon request.

Plaintiff filed its Jury Trial Demand on July 26, 2019. On August 28, 2019, based on the theory that Defendant's IP address is needed to effectively prosecute its infringement claim, Plaintiff subpoenaed Defendant's Internet Service Provider (ISP), Verizon.

Around the same time, Defendant received Verizon's notice of Plaintiff's subpoena and learned that Plaintiff was trying to discern his identity through an IP address in the

hope of substantiating its infringement claims. Verizon's notice further provided that Defendant's identity would be disclosed to Plaintiff if Defendant did not object to Plaintiff's subpoena by September 30, 2019.

The relief requested by Defendant is warranted because: (1) Defendant has standing to object to the instant Subpoena, (2) Plaintiff cannot identify Defendant as the individual responsible for committing the alleged infringement with a substantial degree of accuracy, (3) the instant matter implicates Defendant's privacy interests, and (4) the instant matter involves the risk of an inaccurate identification and the corresponding risk for coercion into an unjust settlement.

In further support of the instant Motion, Defendant incorporates his Memorandum of Law in Support of his Motion to Quash or, alternatively, for Protective Order, which was contemporaneously filed herewith.

Respectfully submitted,

**MacELREE HARVEY, LTD.**

Date: September 27, 2019                By: _____
Robert A. Burke, Esquire
Attorney I.D. No. 61268
17 W. Miner Street, Box 660
West Chester, PA 19381-0660
rburke@macelree.com
(610) 436-0100
Attorneys for Defendant

4