UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:19-cv-03305-CMR |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 100.19.139.254, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S STATEMENT OF NON-OPPOSITION

TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that the Plaintiff has received and reviewed Defendant's Motion to Quash Subpoena or Alternatively for Protective Order [DE 7]. Plaintiff does not oppose Defendant's Motion with respect to the Protective Order. Plaintiff will file its Opposition to the Motion to Quash separately.

Dated: September 30, 2019.

Respectfully submitted,

FIORE & BARBER, LLC

By:  /s/ *Christopher P. Fiore*
Christopher P. Fiore, Esquire
418 Main Street, Suite 100
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email:  cfiore@fiorebarber.com
PA Attorney ID: 83018
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:   /s/ *Christopher P. Fiore*